# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| SUSQUEHANNA RADIO LLC ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO. _____ |
| ) | |
| vs. ) | |
| ) | |
| JACOB KEMP and DANIEL MCDOWELL ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF INTERESTED PERSONS / DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and LR 3LR 7.4, Plaintiff Susquehanna Radio LLC, by and through its undersigned counsel, provides the following information:

**For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock:**

1. Plaintiff Susquehanna Radio LLC, f/k/a Susquehanna Radio Corp. is a limited liability company, a Delaware citizen, and is organized and existing under the laws of Delaware and whose members are all Delaware citizens. It is a wholly-owned subsidiary of Susquehanna Media LLC.

**A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:**

1. Plaintiff Susquehanna Radio LLC, f/k/a Susquehanna Radio Corp.;

2. Susquehanna Media LLC is the sole member of Susquehanna Radio LLC and is a Delaware citizen;

3. Susquehanna Pfaltzgraff LLC is the sole member of Susquehanna Media LLC and is a Delaware citizen;

4. CMP Susquehanna LLC is the sole member of Susquehanna Pfaltzgraff LLC and is a Delaware citizen;

5. CMP Susquehanna Radio Holdings LLC is the sole member of CMP Susquehanna LLC and is a Delaware citizen;

6. Cumulus Radio LLC is the sole member of CMP Susquehanna Radio Holdings LLC and is a Delaware citizen;

7. Cumulus Intermediate Holdings LLC is the sole member of Cumulus Radio LLC and is a Delaware citizen;

2. Cumulus Media New Holdings Inc. is the sole member of Cumulus Intermediate Holdings LLC and is incorporated under the laws of Delaware with its principal place of business in Atlanta, Georgia;

8. Cumulus Media New Holdings Inc. is a wholly-owned subsidiary of Cumulus Media Intermediate Inc., a company incorporated in Delaware with its principal place of business in Atlanta, Georgia;

9. Cumulus Media Intermediate Inc. is a wholly owned subsidiary of Cumulus Media Inc., a company incorporated in Delaware with its principal place of business in Atlanta, Georgia, that has issued shares to the public which are listed on NASDAQ (CMLS);

10. Defendant Jacob Kemp, a citizen of Texas; and

11. Defendant Daniel McDowell, a citizen of Texas

If new parties are added or if additional parties or entities that are financially interested in the outcome of the litigation are identified at any time during the pendency of this litigation, Defendant TEG will file an amended certificate with the Court.

Dated: August 4, 2023                    Respectfully submitted,

                                            **BAKER & HOSTETLER LLP**
By:/s/ *L. David Anderson*
L. David Anderson
State Bar No. 00796126
2850 North Harwood Street, Suite 1100
Dallas, Texas 75201-2640
Telephone: (214) 210-1200
Facsimile: (214) 210-1201
danderson@bakerlaw.com

**WARGO, FRENCH & SINGER LLP**
David Pernini (*Pro Hac Vice forthcoming*)
999 Peachtree Street, N.E., Suite 1120
Atlanta, Georgia 30309
(404) 853-1520 (telephone)
(404) 853-1521 (facsimile)
dpernini@wfslaw.com

K. Tyler Dysart (*Pro Hac Vice forthcoming*)
999 Peachtree Street, N.E., Suite 1120
Atlanta, Georgia 30309
(404) 853-1565 (telephone)
(404) 853-1566 (facsimile)
tdysart@wfslaw.com

***ATTORNEYS FOR PLAINTIFF***
***SUSQUEHANNA RADIO LLC***