## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Susquehanna Radio LLC<br>*Plaintiff* | § <br> § <br> § <br> § |
| v. | §    Case No. 3:23-cv-01746-S <br> § |
| | § <br> § |
| Jacob Kemp and Daniel McDowell<br>*Defendant* | § <br> § |

### APPLICATION FOR ADMISSION *PRO HAC VICE*
(Complete all questions; indicate "N/A" if necessary.)

**I.**  Applicant is an attorney and a member of the law firm of (or practices under the name of)

Matthew Bruenig _____, with offices at

124 4th St _____
(Street Address)

Stamford _____  CT _____  06905 _____
(City)              (State)              (Zip Code)

8575401205 _____  _____
(Telephone No.)              (Fax No.)

**II.**  Applicant will sign all filings with the name Matthew Bruenig _____.

**III.**  Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Jacob Kemp
Daniel McDowell

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.      Applicant is a member in good standing of the bar of the highest court of the state of

_____District of Columbia_____, where Applicant regularly practices law.

Bar license number: 1045571_____      Admission date: 03/10/2017_____

> For Court Use Only.
> Bar StatusVerified:
>
> _____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V.       Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |

VI.      Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII.      Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII.      Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.**    Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

N/A _____          _____

_____              _____

_____              _____

(If necessary, attach statement of additional applications.)

**X.**    Local counsel of record associated with Applicant in this matter is

Philip Kingston _____, who has offices at

701 N. Collins Blvd., Suite 1100 _____
(Street Address)

Richardson _____          TX _____          75080 _____
(City)                                   (State)                  (Zip Code)

972-644-8181 _____          _____
(Telephone No.)                         (Facsimile No.)

**XI.**    Check the appropriate box below.

For Application in a **Civil Case**

[✓]    Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ]    Applicant has read and will comply with the local criminal rules of this court.

**XII.**    Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   08   day of August _____, 2023 _____.

Matthew Bruenig _____
Printed Name of Applicant          .

*Matthew Bruenig*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.