# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SUSQUEHANNA RADIO LLC | § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-1746-S |
| JACOB KEMP and DANIEL MCDOWELL | § § § | |

## ORDER

This Order addresses the request for hearing on Plaintiff's Renewed Emergency Application for Temporary Restraining Order and Request for Preliminary Injunction ("Application") [ECF No. 9] contained within the Declaration of L. David Anderson in Support of Plaintiff Susquehanna Radio LLC's Renewed Emergency Application for Temporary Restraining Order and Request for Preliminary Injunction ("Declaration") [ECF No. 9-1]. *See* Decl. ¶ 17. Given that Plaintiff's counsel now attests that "full notice to Defendants and their attorneys of record of the [Application]" has been provided, the Court sets the Application for hearing on **August 21, 2023**, at **10:00 AM**. *Id.* Defendants shall file a response to the Application on or before **August 15, 2023**. Any reply, if necessary, shall be filed on or before **August 17, 2023**.

**SO ORDERED.**

SIGNED August 10, 2023.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**