# United States District Court
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| SUSQUEHANNA RADIO LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-1746-S |
| | § | |
| JACOB KEMP and DANIEL | § | |
| MCDOWELL | § | |

### ORDER REFERRING CASE TO MEDIATION

The Court hereby **ORDERS** this case to mediation before:

J. Robert Arnett
Carter Arnett
8150 N. Central Expressway
Suite 500
Dallas, Texas 75206
(214) 550-5052
barnett@carterarnett.com

Mediation shall take place on **August 22, 2023**, at **9:30 AM** and shall be in person. The Mediator may change the time, place, or manner of the mediation as deemed appropriate by the Mediator without leave of court. Upon completion of the mediation, the Mediator shall submit a report to the Court within five days.

**SO ORDERED.**

SIGNED August 10, 2023.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**