UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Susquehanna Radio LLC<br>*Plaintiff* | § § § § | |
| v. | § § | Case No. 3:23-cv-01746-S |
| Jacob Kemp and Daniel McDowell<br>*Defendant* | § § § | |

## APPLICATION FOR ADMISSION *PRO HAC VICE*

**I.**   Applicant is an attorney and a member of the law firm of (or practices under the name of)

Wargo, French & Singer LLP                                                                             , with offices at

999 Peachtree Street NE, Suite 1120
(Street Address)

Atlanta                                         Ga                         30309
(City)                                          (State)                    (Zip Code)

404-853-1565                                    404-853-1566
(Telephone No.)                                 (Fax No.)


**II.**   Applicant will sign all filings with the name K. Tyler Dysart                                         .


**III.**   Applicant has been retained personally or as a member of the above-named firm by:

(List All Parties Represented)

Susquehanna Radio LLC



to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV. Applicant is a member in good standing of the bar of the highest court of the state of _____Georgia_____, where Applicant regularly practices law.

Bar license number: 749676    Admission date: 11/24/2021

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

V. Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| Georgia State Courts | 2021 | Active |
| Geogia Court of Appeals | 2023 | Active |
| USDC Northern District of Georgia | 2021 | Active |
|  |  |  |

VI. Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

VII. Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

VIII. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

2015 - Minor in Posession of Alcohol, Athens, GA
2016 - Minor in Posession of Alcohol, Destin, FL

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

L. David Anderson, who has offices at

2850 North Harwood Street, Suite 1100
(Street Address)

Dallas   Texas   75201-264
(City)   (State)   (Zip Code)

1.214.210.1211   (214) 210-1201
(Telephone No.)   (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

[✔] Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

[ ] Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   10th   day of August   , 2023   .

K. Tyler Dysart
Printed Name of Applicant

*[signature]*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.