IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SUSQUEHANNA RADIO LLC** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-01746-S |
| | § | |
| **JACOB KEMP and DANIEL MCDOWELL** | § | |
| | § | |
| **Defendants** | § | |

## DEFENDANTS' MOTION FOR LEAVE TO EXCEED PAGE LIMIT

1. Defendants move for leave to exceed the page limit from the local rules.

2. The reasons for the request are that Plaintiff's claims require an extensive refutation of the allegations and briefing of the authority on these issues including jurisdictional pleading regarding the exclusive jurisdiction of the national Labor Relations Board.

Respectfully submitted,

/s/ Philip Kingston
Texas State Bar No. 24010159

SHEILS WINNUBST  PC

1701 N. Collins, 1100 Atrium II
Richardson, Texas 75080
(214) 642-1707
philip@sheilswinnubst.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF CONFERENCE

Counsel for Defendants requested Plaintiff's counsel's agreement to this motion. Plaintiff is opposed.

/s/ Philip Kingston