IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SUSQUEHANNA RADIO LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 3:23-CV-01746-S |
| JACOB KEMP and DANIEL MCDOWELL, | § § § § | |
| Defendants. | § § | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Frank G. Cawley of Cawley Law Group, LLC is entering his appearance on behalf of Defendants Daniel McDowell and Jacob Kemp in the above styled and numbered cause and requests that all materials filed in this case be served on the undersigned counsel.

Dated: August 16, 2023.

Respectfully submitted,

*/s/ Frank G. Cawley*
FRANK G. CAWLEY
State Bar No. 24006978
frank@cawleylawgroup.com
**CAWLEY LAW, L.L.C.**
2591 Dallas Parkway, Suite 300
Frisco, Texas 75034
(469) 259-2221 Telephone

**Attorney for Defendants**
**Daniel McDowell and Jacob Kemp**

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on the 16th day of August 2023, the foregoing document was served electronically with a copy of the pleading through use of the Court's CM/ECF system.

*/s/ Frank G. Cawley*
Frank G. Cawley