IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SUSQUEHANNA RADIO LLC** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-01746-S |
| | § | |
| **JACOB KEMP and DANIEL MCDOWELL** | § | |
| | § | |
| **Defendants** | § | |

### DEFENDANTS' MOTION FOR LEAVE TO PRESENT WITNESSES REMOTELY

1.   Defendants move for leave to present Dan McDowell and Adam Romo remotely for the preliminary injunction hearing set for August 21st, 2023.

2.   Mr. McDowell is a litigant. On Monday, he is scheduled to accompany his youngest daughter to start college out of state. He can be available to testify via Zoom or other videoconferencing platform beginning at 12:00 p.m. CDT.

3.   Mr. Romo manages a significant advertiser with Plaintiff's radio station. He has knowledge of statements made to him by Mr. McDowell that have been misrepresented by Plaintiff in sworn pleadings. Mr. Romo underwent knee surgery this week and will be unable to attend court in person.

    Respectfully submitted,

    /s/ Philip Kingston
    Texas State Bar No. 24010159

SHEILS WINNUBST PC

    1701 N. Collins, 1100 Atrium II
    Richardson, Texas 75080
    (214) 642-1707
    philip@sheilswinnubst.com

Matthew Bruenig
District of Columbia Bar No. 1045571
124 4th St.
Stamford, Connecticut 06905
(857) 540-1205
matthewbruenig@gmail.com

ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF CONFERENCE

    Counsel for Defendants requested Plaintiff's counsel's agreement to this motion as to Mr. McDowell. Plaintiff is unopposed. Counsel for Defendants made a later request concerning the motion as to Mr. Romo and has not yet received a reply.

    /s/ Philip Kingston