IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SUSQUEHANNA RADIO LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Case No. 3:23-CV-01746-S |
| § | |
| JACOB KEMP and DANIEL § | |
| MCDOWELL, § | |
| § | |
| Defendants. § | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please take notice that the undersigned attorney, Elizabeth F. Griffin, hereby enters her appearance as additional counsel of record on behalf of Defendants Jacob Kemp and Daniel McDowell.

Respectfully submitted,

*/s/ Elizabeth F. Griffin*

| | |
|---|---|
| **Philip Kingston** <br> Texas Bar No. 24010159 <br> Sheils Winnubst PC <br> 1701 N. Collins, 1100 Atrium II <br> Richardson, Texas 75080 <br> (214) 642-1707 <br> philip@sheilswinnubst.com | **Matthew Bruenig** <br> District of Columbia Bar No. 1045571 <br> (admitted *pro hac vice*) <br> 124 4th St. <br> Stamford, Connecticut 06905 <br> (857) 540-1205 <br> matthewbruenig@gmail.com |
| **Frank G. Cawley** <br> Texas Bar No. 24006978 <br> Cawley Law LLC <br> 2591 Dallas Parkway, Suite 300 <br> Frisco, TX 75034 <br> (469) 259-2221 <br> frank@cawleylawgroup.com | **Elizabeth F. Griffin** <br> Texas Bar No. 24092450 <br> Clark Hill PLC <br> 901 Main Street, Suite 6000 <br> Dallas, Texas 75202 <br> 214-651-4300 <br> 214-659-4330 (Fax) <br> egriffin@clarkhill.com |

**ATTORNEYS FOR DEFENDANTS**