# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SUSQUEHANNA RADIO LLC | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-1746-S |
| | § | |
| JACOB KEMP and DANIEL MCDOWELL | § | |

## SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure ("FRCP"), the Local Civil Rules of the United States District Court for the Northern District of Texas ("LR"), and the Civil Justice Expense and Delay Reduction Plan of the United States District Court for the Northern District of Texas, the Court **ORDERS** as follows:

1. This case is set for trial on **December 12, 2023** ("Trial Setting"). Reset or continuance of the Trial Setting does not alter the deadlines in this Order unless expressly provided by court order.

2. All dispositive motions, including any objections to expert testimony, shall be filed on or before **October 13, 2023**. Continuance of the Trial Setting, motion deadline, and/or the pretrial conferences requires leave of court with a showing of extraordinary good cause. Motions may become moot due to trial if filed after the deadlines in this Order.

3. A motion or objection to the taking of a deposition that is filed within five business days of the notice has the effect of staying the deposition pending court order on the motion or objection; otherwise, the deposition will not be stayed except by court order.

4. The parties shall file all pretrial materials on or before **November 13, 2023**. Failure to timely file pretrial materials may result in dismissal for want of prosecution. Pretrial materials shall include the following:

    a.    Pretrial order pursuant to LR 16.4;

    b.    Exhibit lists, witness lists, and deposition designations pursuant to LR 26.2 and FRCP 26(a)(3). Witness lists should include a brief summary of the substance of anticipated testimony (not just a designation of subject area) and the likelihood of testimony at trial. Exhibit lists must include any materials to be shown to the jury, including demonstrative aids;

    c.    Proposed jury charge or proposed findings of fact and conclusions of law. Such documents shall be both e-filed and emailed in "Word" format to Scholer_Orders@txnd.uscourts.gov. Any objections to the proposed jury charge shall be filed no later than 5 days before the final pretrial conference. Objections not so disclosed are waived unless excused by the Court for good cause;

    d.    Motions in limine;

    e.    Requested voir dire questions.

5.    Pretrial conferences shall be held on **November 17, 2023, at 1:30 p.m., December 5, 2023, at 1:30 p.m., and December 11, 2023, at 1:30 p.m.** Lead counsel must attend. The parties shall be prepared to address all exhibits, witnesses, deposition excerpts, motions in limine, trial briefs, requested voir dire questions, and any objections to such filings. The Court expects the parties to have conferred and to reach agreement where possible prior to the final pretrial conference.

**SO ORDERED.**

SIGNED August 22, 2023.

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**