IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SUSQUEHANNA RADIO LLC** | § | |
| | § | |
| **Plaintiff** | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:23-CV-01746-S |
| | § | |
| **JACOB KEMP and DANIEL MCDOWELL** | § | |
| | § | |
| **Defendants** | § | |

### DEFENDANTS' WITNESS LIST FOR PRELIMINARY INJUNCTION HEARING

| WITNESS | SUBJECT MATTER |
|---|---|
| Dan McDowell | Defendant. Mr. McDowell will testify consistently with his declarations to the Court and will refute plaintiff's false allegations. |
| Jake Kemp | Defendant. Mr. Kemp will testify consistently with his declarations to the Court and will refute plaintiff's false allegations. |
| Dan Bennett | Plaintiff's corporate representative. |
| Jeff Catlin | Plaintiff's program director. |
| Adam Romo | CEO of Eatzi's. Eatzi's is an advertiser on plaintiff's radio station. Mr. Romo will testify to plaintiff's sales practices. |
| Jordan Michael | Partner in Alamo Drafthouse, a former advertiser on plaintiff's radio station. Mr. Michael will testify to plaintiff's sales practices. |

/s/ Philip Kingston
Texas Bar No. 24010159
SHEILS WINNUBST PC
1701 N. Collins, 1100 Atrium II
Richardson, Texas 75080
(214) 642-1707
philip@sheilswinnubst.com

Matthew Bruenig
District of Columbia Bar No. 1045571
124 4th St.
Stamford, Connecticut 06905
(857) 540-1205
matthewbruenig@gmail.com

FRANK G. CAWLEY
Texas Bar No. 24006978
frank@cawleylawgroup.com
**CAWLEY LAW GROUP, L.L.C.**
2591 Dallas Parkway, Suite 300
Frisco, Texas 75034
(469) 259-2221 Telephone

Elizabeth F. Griffin
Texas Bar No. 24092450
Clark Hill PLC
901 Main Street, Suite 6000
Dallas, Texas 75202
214-651-4300
214-659-4330 (Fax)
egriffin@clarkhill.com