# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SUSQUEHANNA RADIO LLC | § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-1746-S |
| JACOB KEMP and DANIEL MCDOWELL | § § § | |

## ORDER

This Order addresses Defendants' Unopposed Motion to Extend Time to Respond to Plaintiff's Complaint ("Motion") [ECF No. 36]. Defendants move to extend the answer deadline "to and including September 12 or the date on which the hearing on Plaintiff's application for temporary restraining order and preliminary injunction is reset, whichever is later." Mot. ¶ 8. The Court **GRANTS** the Motion and hereby **RESETS** the hearing on Plaintiff's Renewed Emergency Application for Temporary Restraining Order and Request for Preliminary Injunction [ECF No. 9] for **September 15, 2023, at 9:30 AM**. Accordingly, the Defendants shall answer, or otherwise respond to, Plaintiff's Complaint on or before **September 15, 2023**.

**SO ORDERED.**

SIGNED August 30, 2023.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE