# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| SUSQUEHANNA RADIO LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JACOB KEMP and DANIEL )<br>MCDOWELL, )<br>)<br>Defendants. ) | CIVIL ACTION NO.<br>3:23-cv-01746-S |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Susquehanna Radio LLC.

Dated: August 31, 2023

Respectfully submitted,

*/s/ Brian M. Jorgensen*
Brian M. Jorgensen
Texas Bar No. 24012930
JONES DAY
2727 N. Harwood St.
Dallas, Texas 75201
Email:  bmjorgensen@jonesday.com
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

## **CERTIFICATE OF SERVICE**

I, Brian M. Jorgensen, hereby certify that on August 31, 2023, I served a true copy of the foregoing via the Court's CM/ECF filing system, which shall cause a copy of the foregoing to be served upon counsel of record in this matter.

*/s/Brian M. Jorgensen*
Brian M. Jorgensen

NAI-1537967110v1