IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SUSQUEHANNA RADIO LLC | ) |
|     Plaintiff, | ) ) ) |
| vs. | )   CIVIL ACTION NO. 3:23-CV-01746-S ) |
| JACOB KEMP and DANIEL MCDOWELL | ) ) ) |
|     Defendants. | ) |

**PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE
SUPPLEMENTAL BRIEF IN SUPPORT OF PRELIMINARY INJUNCTION**

Plaintiff moves for leave to file a supplemental briefing in support of preliminary injunction. The supplemental brief will provide the Court with a factual update, focuses on applicable case law, and is attached hereto.

Dated: September 13, 2023

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:/s/ *L. David Anderson*
L. David Anderson
State Bar No. 00796126
Kendall Viator
State Bar No. 24131733
2850 North Harwood Street, Suite 1100
Dallas, Texas 75201-2640
Telephone: (214) 210-1200
Facsimile: (214) 210-1201
danderson@bakerlaw.com
kviator@bakerlaw.com

**WARGO, FRENCH & SINGER LLP**

David Pernini (*Pro Hac Vice granted*)
999 Peachtree Street, N.E., Suite 1120
Atlanta, Georgia 30309
(404) 853-1520 (telephone)

(404) 853-1521 (facsimile)
dpernini@wfslaw.com
K. Tyler Dysart (*Pro Hac Vice granted*)
999 Peachtree Street, N.E., Suite 1120
Atlanta, Georgia 30309
(404) 853-1565 (telephone)
(404) 853-1566 (facsimile)
tdysart@wfslaw.com

*ATTORNEYS FOR PLAINTIFF*
*SUSQUEHANNA RADIO LLC*

### CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and counsel for Defendants conferred via email on September 13, 2023, and Defendants' counsel indicated he did not oppose the above referenced motion.

*/s/ L. David Anderson*
L. David Anderson

### CERTIFCATE OF SERVICE

Pursuant to Northern District of Texas local rules, I hereby certify that on September 13, 2023, a true and correct copy of the foregoing was served upon all counsel of record via the court's electronic filing system.

*/s/ L. David Anderson*
L. David Anderson

PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE                                          Page 2
SUPPLEMENTAL BRIEF IN SUPPORT OF PRELIMINARY INJUNCTION

4885-3573-7983.1