United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

Chambers of                                                                                              214/753-2400
U.S. Magistrate Judge David L. Horan

September 15, 2023

Karen Mitchell, Clerk
United States District Court
Northern District of Texas
1100 Commerce Street
Dallas, Texas 75242

        Re:    No. 3:23-cv-1746-S, *Susquehanna Radio LLC v. Kemp, et al.*

Dear Ms. Mitchell:

        Pursuant to the provisions of 28 U.S.C. § 455, I would appreciate it if you would
please reassign the above-referenced case going forward to another magistrate judge
for matters that may be referred in accordance with the usual procedure.

                                        Sincerely,

                                        David L. Horan