# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SUSQUEHANNA RADIO LLC | § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-1746-S |
| JACOB KEMP and DANIEL MCDOWELL | § § § | |

### ORDER

The Court sets this case for a status conference on **September 25, 2023**, at **9:30 AM**. At least one counsel of record for each party shall appear **in-person**.

**SO ORDERED.**

SIGNED September 22, 2023.

*[signature]*

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**