## United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SUSQUEHANNA RADIO LLC | § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-1746-S |
| JACOB KEMP and DANIEL MCDOWELL | § § § | |

### ORDER

This Order addresses Plaintiff Susquehanna Radio LLC's Renewed Emergency Application for Temporary Restraining Order and Request for Preliminary Injunction ("Application") [ECF No. 9]. Having reviewed the Application, Defendants Jacob Kemp and Daniel McDowell's Amended Response in Opposition to Plaintiff's Original and Renewed Applications for Injunctive Relief [ECF No. 19], Plaintiff's Reply to Defendant's Responses in Opposition to Injunctive Relief [ECF No. 26], Plaintiff's Factual Update and Supplemental Bench Brief in Support of Preliminary Injunction Hearing [ECF No. 43], Defendants' Response to Plaintiff's Factual Update and Bench Brief in Support of Preliminary Injunction [ECF No. 46], and the evidence presented at the September 15, 2023, hearing, the Court **DENIES** the Application.

A party seeking preliminary injunctive relief must "must establish [1] that he is likely to succeed on the merits, [2] that he is likely to suffer irreparable harm in the absence of preliminary relief, [3] that the balance of equities tips in his favor, and [4] that an injunction is in the public interest." *Direct Biologics, L.L.C. v. McQueen*, 63 F.4th 1015, 1020 (5th Cir. 2023) (alterations in original) (quoting *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008)). "[A] preliminary injunction is an extraordinary remedy which should not be granted unless the party seeking it has clearly carried the burden of persuasion on all four requirements." *Planned Parenthood Ass'n of*

*Hidalgo Cnty. Texas, Inc. v. Suehs*, 692 F.3d 343, 348 (5th Cir. 2012) (alteration in original) (citation omitted).

At the September 15, 2023, hearing, the Court found that Plaintiff had failed to "clearly carr[y] the burden of persuasion" on at least one of the requirements for each claim on which Plaintiff moved for injunctive relief. *Id.* Accordingly, the Court **DENIES** the Application. An opinion explaining the Court's reasoning is forthcoming.

**SO ORDERED.**

SIGNED September 22, 2023.

*/s/ Karen Scholer*

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**