# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| SUSQUEHANNA RADIO LLC | § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-1746-S |
| JACOB KEMP and DANIEL MCDOWELL | § § § | |

## ORDER

The parties have announced that this case has been resolved. The current trial setting and scheduling order are vacated and all pending motions and/or hearings are terminated. The parties are to file dismissal documents by **September 29, 2023**.

**SO ORDERED.**

SIGNED September 26, 2023.

*[signature]*

**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**