IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SUSQUEHANNA RADIO LLC | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO. 3:23-CV-01746-S |
| | ) |
| JACOB KEMP and DANIEL MCDOWELL | ) |
| | ) |
|     Defendants. | ) |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff Susquehanna Radio, LLC ("Plaintiff") and Defendants Jacob Kemp and Daniel McDowell (collectively, "Defendants") file this Agreed Motion to Dismiss With Prejudice, seeking a dismissal of the above-captioned matter, with prejudice, including all claims and counterclaims that were or could have been asserted in the lawsuit.

## I.  BASIS FOR DISMISSAL

Plaintiff and Defendants reached a full settlement of all actual and potential claims and counterclaims that were asserted or that could have been asserted in this lawsuit. Accordingly, Plaintiff and Defendants no longer wish to pursue this lawsuit and they are hereby requesting the Court to enter an order dismissing this lawsuit, including all claims and counterclaims that were or could have been asserted in the lawsuit, with prejudice to the refiling of same.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendants request that Court enter the attached Order of dismissal and for such other and further relief as the Court deems appropriate.

Dated: September 27, 2023  Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:/*s/ L. David Anderson*
L. David Anderson
State Bar No. 00796126
Kendall Viator
State Bar No. 24131733
2850 North Harwood Street, Suite 1100
Dallas, Texas 75201-2640
Telephone: (214) 210-1200
Facsimile: (214) 210-1201
danderson@bakerlaw.com
kviator@bakerlaw.com


**WARGO, FRENCH & SINGER LLP**
David Pernini (*Pro Hac Vice granted*)
999 Peachtree Street, N.E., Suite 1120
Atlanta, Georgia 30309
(404) 853-1520 (telephone)
(404) 853-1521 (facsimile)
dpernini@wfslaw.com
K. Tyler Dysart (*Pro Hac Vice granted*)
999 Peachtree Street, N.E., Suite 1120
Atlanta, Georgia 30309
(404) 853-1565 (telephone)
(404) 853-1566 (facsimile)
tdysart@wfslaw.com


***ATTORNEYS FOR PLAINTIFF
SUSQUEHANNA RADIO LLC***

           */s/ Frank G. Cawley*

| | |
|---|---|
| **Philip Kingston** <br> Texas Bar No. 24010159 <br> Sheils Winnubst PC <br> 1701 N. Collins, 1100 Atrium II <br> Richardson, Texas 75080 <br> (214) 642-1707 <br> philip@sheilswinnubst.com | **Matthew Bruenig** <br> District of Columbia Bar No. 1045571 <br> (admitted *pro hac vice*) <br> 124 4th St. <br> Stamford, Connecticut 06905 <br> (857) 540-1205 <br> matthewbruenig@gmail.com |
| **Frank G. Cawley** <br> Texas Bar No. 24006978 Cawley Law LLC <br> 2591 Dallas Parkway, Suite 300 <br> Frisco, TX 75034 <br> (469) 259-2221 <br> frank@cawleylawgroup.com | **Elizabeth F. Griffin** Texas Bar No. 24092450 <br> Clark Hill PLC <br> 901 Main Street, Suite 6000 <br> Dallas, Texas 75202 <br> 214-651-4300 <br> 214-659-4330 (Fax) <br> egriffin@clarkhill.com |

***ATTORNEYS FOR DEFENDANTS***


## CERTIFCATE OF SERVICE

    Pursuant to Northern District of Texas local rules, I hereby certify that on September 27, 2023, a true and correct copy of the foregoing was served upon all counsel of record via the court's electronic filing system.

           */s/ L. David Anderson*
           L. David Anderson