# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| SUSQUEHANNA RADIO LLC | § § | |
| v. | § § | CIVIL ACTION NO. 3:23-CV-1746-S |
| JACOB KEMP and DANIEL MCDOWELL | § § § | |

## ORDER

Before the Court is the Plaintiff Susquehanna Radio, LLC ("Plaintiff") and Defendants Jacob Kemp and Daniel McDowell's (collectively, "Defendants") Agreed Motion to Dismiss with Prejudice (the "Motion"). Upon consideration of the Motion and the representations therein, specifically that the matters in controversy between the parties in the above-styled lawsuit have been resolved and settled, the Court finds good cause to enter this order.

It is therefore ORDERED that the above-styled and numbered cause is hereby DISMISSED with prejudice, including all claims and counterclaims that were or could have been asserted in the lawsuit. The Court further orders that court costs and attorneys' fees incurred by the parties will be taxed in accordance with the terms of the parties' settlement agreement for this matter.

This is a FINAL ORDER that disposes of all remaining parties and claims in the above-styled and numbered lawsuit.

**SO ORDERED.**

SIGNED September 27, 2023.

KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE